ATTACHMENT TO COVER SHEET

A.C., individually and as co-successor-in-interest to Decedent JOSE CEJA, by and through his Guardian-Ad-Litem ALICIA VILLA; I.C., individually and as co-successor-in-interest to Decedent JOSE CEJA, by and through her Guardian-Ad-Litem ALICIA VILLA; GUADALUPE VILLA-VARGAS, individually; ARTURO CEJA-GONZALEZ, individually; W.C., individually, by and through his Guardian-Ad-Litem PABLO CEJA; J.C., individually, by and through her Guardian-Ad-Litem PABLO CEJA; PABLO CEJA, individually and as Guardian-Ad-Litem for W.C. and J.C.; and LETICIA CEJA, individually,

            Plaintiffs,

 v.

CITY OF FAIRFIELD, a municipal corporation; JOE GRIEGO, individually and in his official capacity as a police officer for the City of Fairfield; DANIEL HATZELL, individually and in his official capacity as a police officer for the City of Fairfield; CLINTON MORGAN, individually and in his official capacity as a police officer for the City of Fairfield; and DOES 1-25, inclusive, individually, jointly and severally,

            Defendants.