**The Law Offices of John L. Burris**
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.C., individually and as co-successor-in-interest to Decedent Jose Ceja, by and through his Guardian-Ad-Litem Alicia Villa; I.C., individually and as co-successor-in-interest to Decedent Jose Ceja, by and through her Guardian-Ad-Litem Alicia Villa; Guadalupe Villa-Vargas, individually; Arturo Ceja-Gonzalez, individually; Pablo Ceja, individually and as Guardian-Ad-Litem for W.C. and J.C.; and Leticia Ceja, individually,<br><br>     Plaintiffs,<br> v.<br><br>JOE GRIEGO, individually and in his official capacity as a police officer for the City of Fairfield; DANIEL HATZELL, individually and in his official capacity as a police officer for the City of Fairfield; CLINTON MORGAN, individually and in his official capacity as a police officer for the City of Fairfield; and DOES 1-25, inclusive, individually, jointly and severally,<br><br>     Defendants. | Case: 2:16-cv-00746 JAM-CKD<br><br>**ORDER GRANTING PLAINTIFFS LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br><br>**Honorable John A. Mendez** |

## **ORDER**

Good cause being found, and pursuant to the parties stipulation, THE COURT ORDERS the following:

Plaintiffs are granted leave to file a First Amended Complaint, including Successor-in-Interest Declarations, within 14 days of this Order.

Defendant will file an a responsive pleading to the First Amended Complaint within 20 days of Plaintiffs filing the First Amended Complaint

IT IS SO ORDERED.

Date:5/12/2016      /S/ John A. Mendez_____

            UNITED STATES DISTRICT COURT JUDGE
            JOHN A. MENDEZ