| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | JOHN L. BURRIS, Esq. SBN 69888<br>BEN NISENBAUM, Esq. SBN 222173<br>LATEEF H. GRAY, Esq. SBN 250055<br>MELISSA C. NOLD, Esq. SBN 301378<br>LAW OFFICES OF JOHN L. BURRIS<br>7677 Oakport Street, Suite 1120<br>Oakland, California 94621<br>Telephone: (510) 839-5200<br>Facsimile: (510) 839-3882<br>john.burris@johnburrislaw.com<br>bnisenbaum@gmail.com<br>lateef.gray@johnburrislaw.com<br>melissa.nold@johnburrislaw.com |
| 8 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.C., individually and as co-successor-in-interest to Decedent JOSE CEJA, by and through his Guardian-Ad-Litem ALICIA AVILA; I.C., individually and as co-successor-in-interest to Decedent JOSE CEJA, by and through her Guardian-Ad-Litem ALICIA AVILA; GUADALUPE VILLA-VARGAS, individually; ARTURO CEJA-GONZALEZ, individually; W.C., individually, by and through his Guardian-Ad-Litem PABLO CEJA; J.C., individually, by and through her Guardian-Ad-Litem PABLO CEJA; PABLO CEJA, individually and as Guardian-Ad-Litem for W.C. and J.C.; and LETICIA CEJA, individually,<br>      Plaintiffs,<br> v.<br>CITY OF FAIRFIELD, a municipal corporation; JOE GRIEGO, individually and in his official capacity as a police officer for the City of Fairfield; DANIEL HATZELL, individually and in his official capacity as a police officer for the City of Fairfield; CLINTON MORGAN, individually and in his official capacity as a police officer for the City of Fairfield; and DOES 1-25, inclusive, individually, jointly and severally,<br>      Defendants. | CASE NO.: 2:16-CV-00746-JAM-CKD<br><br>**DECLARATION OF ALICIA AVILA**<br><br>(Cal. Civ. Proc. Code §377.32) |

DECLARATION OF ALICIA AVILA

ALICIA AVILA as Guardian ad Litem of minor plaintiffs A.C. and I.C. declares under penalty of perjury as follows:

1. A.C. is the son and biological child of decedent Mr. Jose Ceja and myself.

2. I.C. is the daughter and biological child of decedent Mr. Jose Ceja and myself.

2. I am filing this declaration pursuant to California Code of Civil Procedure §377.32 to commence this federal wrongful death action as the Guardian ad Litem of A.C. and I.C. decedent's co-successors-in-interest.

3. The decedent died on January 15, 2016, in Fairfield, California.

4. No proceeding is now pending in California for administration of the decedent's estate.

5. A.C. and I.C. are co-successors-in-interest to the decedent pursuant to California Code of Civil Procedure §377.11.

6. No other person has a superior right to commence the action or proceeding or to be substituted for the decedent in the pending action or proceeding.

9. A copy of A.C. and I.C.'s certified birth certificates are attached hereto as Exhibit A.

10. I declare under penalty of perjury pursuant to the laws of California and the United States that the foregoing is true and correct.

Dated: May 17, 2016

_____
ALICIA AVILA