UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

A.C., individually and as co-successor-in-interest to Decedent Jose Ceja, by and through his Guardian-Ad-Litem Alicia Villa; I.C., individually and as co-successor-in-interest to Decedent Jose Ceja, by and through her Guardian-Ad-Litem Alicia Villa; Guadalupe Villa-Vargas, individually; Arturo Ceja-Gonzalez, individually; Pablo Ceja, individually and as Guardian-Ad-Litem for W.C. and J.C.; and Leticia Ceja, individually,
            Plaintiffs,
      v.

JOE GRIEGO, individually and in his official capacity as a police officer for the City of Fairfield; DANIEL HATZELL, individually and in his official capacity as a police officer for the City of Fairfield; CLINTON MORGAN, individually and in his official capacity as a police officer for the City of Fairfield; and DOES 1-25, inclusive, individually, jointly and severally,
            Defendants.

Case: 2:16-cv-00746 JAM-CKD

**ORDER GRANTING PLAINTIFFS REQUEST TO SEAL**

**Honorable John A. Mendez**

### ORDER

The Court, having read and considered the Request to Seal Documents submitted on behalf of Plaintiffs, and good cause appearing, IT IS HEREBY ORDERED that Attachment #2 (Minor Plaintiff's Birth Certificates and Declarations of Paternity) to the FIRST AMENDED COMPLAINT (Docket #7) be sealed.

IT IS SO ORDERED.

Date: 5·25·2016

UNITED STATES DISTRICT JUDGE
JOHN A. MENDEZ

PG. 1