Gregory M. Fox, State Bar No. 070876
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:     (415) 353-0999
Facsimile:     (415) 353-0990
gfox@bfesf.com

Attorneys for Defendants
City of Fairfield and Officers Joe Griego,
Daniel Hatzell, and Clinton Morgan

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.C., individually and as co-successor-in-interest to Decedent JOSE CEJA, by and through his Guardian-Ad-Litem ALICIA VILLA; I.C., individually and as co-successor-in-interest to Decedent JOSE CEJA, by and through her Guardian-Ad-Litem ALICIA VILLA; GUADALUPE VILLA-VARGAS, individually; ARTURO CEJA-GONZALEZ, individually; PABLO CEJA, individually and as Guardian-Ad-Litem for W.C. and J.C.; and LETICIA CEJA, individually,<br><br>            Plaintiff,<br><br>v.<br><br>CITY OF FAIRFIELD, a municipal corporation; JOE GRIEGO, individually and in his official capacity as a police officer for the City of Fairfield; DANIEL HATZELL, individually and in his official capacity as a police officer for the City of Fairfield; CLINTON MORGAN, individually and in his official capacity as a police officer for the City of Fairfield; and DOES 1-25, inclusive, individually, jointly and severally,<br><br>            Defendants. | Case No. 2:16-cv-00746 JAM-CKD<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO SUBMIT JOINT STATUS REPORT**<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**Hon. John A. Mendez** |

Plaintiffs A.C., by and through his Guardian-Ad-Litem ALICIA VILLA, I.C., by and through her Guardian-Ad-Litem ALICIA VILLA, GUADALUPE VILLA-VARGAS, ARTURO CEJA-GONZALEZ, PABLO CEJA, W.C., by and through his Guardian-Ad-Litem PABLO CEJA, J.C., by and

through her Guardian-Ad-Litem PABLO CEJA and LETICIA CEJA (hereinafter "Plaintiffs") and Defendants CITY OF FAIRFIELD, JOE GRIEGO, DANIEL HATZELL, and CLINTON MORGAN (hereinafter "Defendants"), by and through their counsel of record, hereby represent to the Court as follows:

On April 11, 2016, Plaintiffs filed their Complaint in the above captioned action. Defendants were served on April 13, 2016. Therefore, pursuant to the standing Order Requiring Joint Status Report, the parties' report is due June 10, 2016.

The schedules of counsel have limited the ability of the parties to meet and confer regarding preparation of the joint status report. A 30-day extension of time to prepare and submit the joint status report will allow the parties adequate time to prepare a full and complete joint status report, including a discovery schedule and plan.

Therefore, the parties request that the deadline to submit a joint status report now set for June 10, 2016 be continued by 30 days to July 8, 2016.

Dated: June 8, 2016                                    BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                                                       By:  */s/ Gregory M. Fox*
                                                            Gregory M. Fox
                                                            Attorneys for Defendants
                                                            City of Fairfield and Officers Joe Griego, Daniel
                                                            Hatzell, and Clinton Morgan

Dated: June 8, 2016                                    LAW OFFICES OF JOHN L. BURRIS

                                                       By: */s/Melissa C. Nold*
                                                            Melissa C. Nold
                                                            Attorneys for Plaintiffs

### ELECTRONIC CASE FILING ATTESTATION

I, Gregory M. Fox, am the ECF user whose identification and password are being used to file the foregoing documents. Pursuant to Civil Local Rule 131(e), I hereby attest that concurrence in the filing of these documents has been obtained from each of its Signatories.

Dated: June 8, 2016                                    */s/ Gregory M. Fox*
                                                       Gregory M. Fox

1   PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3

4   Dated:  6/8/2016                             /s/ John A. Mendez
                                                 John A. Mendez
5                                                UNITED STATES DISTRICT COURT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO SUBMIT JOINT STATUS REPORT
*A.C., et al. v. City of Fairfield, et al.* USDC Eastern Dist. Case No. 2:16-cv-00746-JAM-CKD