Gregory M. Fox, State Bar No. 070876
Joanne Tran, State Bar No. 294402
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:     (415) 353-0999
Facsimile:      (415) 353-0990
gfox@bfesf.com

Attorneys for Defendants
CITY OF FAIRFIELD, JOE GRIEGO,
DANIEL HATZELL and CLINTON MORGAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.C., individually and as co-successor-in-interest to Decedent JOSE CEJA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF FAIRFIELD, a municipal corporation; JOE GRIEGO, individually and in his official capacity as a police officer for the city of Fairfield; DANIEL HATZELL, individually and in his official capacity as a police officer for the city of Fairfield; CLINTON MORGAN, individually and in his official capacity as a police officer for the city of Fairfield; and DOES 1-25 inclusive, individually, jointly and severally,<br><br>Defendants. | Case No. 2:16-cv-00746 JAM-CKD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS CITY OF FAIRFIELD, JOE GRIEGO, DANIEL HATZELL AND CLINTON MORGAN'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT [FRCP RULE 12(B)(6)]**<br><br><br>Date:   August 23, 2016<br>Time:  1:30 p.m.<br>Place:  Courtroom 6<br><br>**Hon John A. Mendez** |

   Defendants City of Fairfield, Joe Griego, Daniel Hatzell and Clinton Morgan's motion to dismiss the first amended complaint of plaintiffs A.C. and I.C., individually and as co-successors in interest to decedent Jose Ceja, by and through their Guardian-Ad-Litem Alicia Villa, Guadalupe Villa-Vargas, Arturo Ceja Gonzales, W.C. and J.C., by and through their Guardian-Ad-Litem Pablo Ceja, Pablo Ceja,

1

and Leticia Ceja came on regularly for hearing on August 23, 2016, before the Honorable John A. Mendez.  Ben Nisenbaum appeared on behalf of plaintiffs, and Gregory M. Fox appeared on behalf of Defendants.

The Court, having considered all the papers and pleadings on file herein and the oral argument of the parties, HEREBY ORDERS THAT:

Defendants City of Fairfield, Joe Griego, Daniel Hatzell and Clinton Morgan's motion to dismiss the amended complaint is GRANTED, and is GRANTED WITHOUT LEAVE TO AMEND as to the punitive damages claims against the City.

**IT IS SO ORDERED**.

Dated: _____

**John A. Mendez**
UNITED STATES DISTRICT COURT JUDGE