**The Law Offices of John L. Burris**
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.C., individually and as co-successor-in-interest to Decedent JOSE CEJA, by and through his Guardian-Ad-Litem ALICIA AVILA; I.C., individually and as co-successor-in-interest to Decedent JOSE CEJA, by and through her Guardian-Ad-Litem ALICIA AVILA; GUADALUPE VILLA-VARGAS, individually; ARTURO CEJA-GONZALEZ, individually; W.C., individually, by and through his Guardian-Ad-Litem PABLO CEJA; J.C., individually, by and through her Guardian-Ad-Litem PABLO CEJA; PABLO CEJA, individually and as Guardian-Ad-Litem for W.C. and J.C.; and LETICIA CEJA, individually, <br><br>Plaintiffs, <br>v. <br><br>CITY OF FAIRFIELD, a municipal corporation; DANIEL HATZELL, individually and in his official capacity as a police officer for the City of Fairfield; and DOES 1-25, inclusive, individually, jointly and severally, <br><br>Defendants. | Case: 2:16-CV-00746-JAM-CKD <br><br>**PROTECTIVE ORDER** <br><br><br>**HONORABLE JUDGE JOHN A. MENDEZ** |

**<u>ORDER</u>**

Pursuant to the parties stipulation, and Good cause having been shown, the COURT permits parties joint Protective Order.

IT IS SO ORDERED.

DATED: 1/9/2017        /s/ John A. Mendez_____
                       HONORABLE JUDGE JOHN A. MENDEZ

1