**The Law Offices of John L. Burris**
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.C., individually and as co-successor-in-interest to Decedent JOSE CEJA, by and through his Guardian-Ad-Litem ALICIA AVILA; I.C., individually and as co-successor-in-interest to Decedent JOSE CEJA, by and through her Guardian-Ad-Litem ALICIA AVILA; GUADALUPE VILLA-VARGAS, individually; ARTURO CEJA-GONZALEZ, individually; W.C., individually, by and through his Guardian-Ad-Litem PABLO CEJA; J.C., individually, by and through her Guardian-Ad-Litem PABLO CEJA; PABLO CEJA, individually and as Guardian-Ad-Litem for W.C. and J.C.; and LETICIA CEJA, individually, <br><br>Plaintiffs, <br>v. <br><br>CITY OF FAIRFIELD, a municipal corporation; DANIEL HATZELL, individually and in his official capacity as a police officer for the City of Fairfield; and DOES 1-25, inclusive, individually, jointly and severally, <br><br>Defendants. | Case: 2:16-CV-00746-JAM-CKD <br><br>**ORDER EXTENDING EXPERT AND FACT DISCOVERY** |

## **ORDER**

Good cause being found, COURT ORDERS the following changes:

Close of Fact Discovery      November 27, 2017

Close of Expert Discovery     January 8, 2018

Dated: July 10, 2017     /s/ John A. Mendez_____
              HONORABLE JUDGE JOHN A. MENDEZ