The Law Offices of John L. Burris
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.C., individually and as co-successor-in-interest to Decedent Jose Ceja, by and through his Guardian-Ad-Litem Alicia Villa; I.C., individually and as co-successor-in-interest to Decedent Jose Ceja, by and through her Guardian-Ad-Litem Alicia Villa; Guadalupe Villa-Vargas, individually; Arturo Ceja-Gonzalez, individually; Pablo Ceja, individually and as Guardian-Ad-Litem for W.C. and J.C.; and Leticia Ceja, individually, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF FAIRFIELD, a municipal corporation; JOE GRIEGO, individually and in his official capacity as a police officer for the City of Fairfield; DANIEL HATZELL, individually and in his official capacity as a police officer for the City of Fairfield; CLINTON MORGAN, individually and in his official capacity as a police officer for the City of Fairfield; and DOES 1-25, inclusive, individually, jointly and severally, <br><br> Defendants. | Case: 2:16-CV-00746-JAM-CKD <br><br> **ORDER TO STAY PROCEEDINGS** <br><br><br> **HONORABLE JOHN A. MENDEZ** |

## **ORDER**

Good cause being found, COURT ORDERS the matter STAYED for 90 days from the date of this Order.

Dated: November 14, 2017

**/s/ JOHN A. MENDEZ**
John A. Mendez
United States District Court Judge