The Law Offices of John L. Burris
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.C., individually and as co-successor-in-interest to Decedent Jose Ceja, by and through his Guardian-Ad-Litem Alicia Villa; I.C., individually and as co-successor-in-interest to Decedent Jose Ceja, by and through her Guardian-Ad-Litem Alicia Villa; Guadalupe Villa-Vargas, individually; Arturo Ceja-Gonzalez, individually; Pablo Ceja, individually and as Guardian-Ad-Litem for W.C. and J.C.; and Leticia Ceja, individually,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FAIRFIELD, a municipal corporation; JOE GRIEGO, individually and in his official capacity as a police officer for the City of Fairfield; DANIEL HATZELL, individually and in his official capacity as a police officer for the City of Fairfield; CLINTON MORGAN, individually and in his official capacity as a police officer for the City of Fairfield; and DOES 1-25, inclusive, individually, jointly and severally, | Case No. 2:16-CV-00746-JAM-CKD<br><br>**ORDER TO PERMIT COUNSEL TO FILE** *DECLARATION OF MELISSA NOLD IN SUPPORT OF MOTION TO WITHDRAW* **UNDER SEAL** |

## ORDER

Good cause having been shown, the Court grants Counsel permission to file Declaration of Melissa Nold in Support of Motion to Withdraw under seal.

Dated: 3-2-18

/s/ John A. Mendez

Hon. John A. Mendez, U.S. District Court Judge

1