8           UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    GUADALUPE VILLA-VARGAS, et al.,          No.  2:16-cv-00746 JAM CKD

12              Plaintiffs,

13        v.                                    ORDER TO SHOW CAUSE

14    CITY OF FAIRFIELD, et al.,

15              Defendants.

16

17          This matter came before the undersigned for a status conference on May 23, 2018.

18    Gregory Fox appeared for defendants.  The pro se plaintiffs remaining in this action are

19    Guadalupe Villa-Vargas, Pablo Ceja, Leticia Cera, and two minor children through their

20    guardian-ad-litem Pablo Ceja.  None of these plaintiffs appeared at the status conference, and Mr.

21    Fox stated he had had no contact with them.  Similarly, in their March 2018 motion to withdraw,

22    plaintiffs' former counsel attested that plaintiffs had not responded to counsel's attempts to

23    contact them.  (ECF No. 30 at 4.)

24          The Federal Rules of Civil Procedure provide for dismissal of actions based on lack of

25    prosecution. Fed. R. Civ. P. 41(b).  Pro se litigants are bound by the rules of procedure, even

26    though pleadings are liberally construed in their favor.  <u>King v. Atiyeh</u>, 814 F.2d 565, 567 (9th

27    Cir. 1987).  The court may dismiss a case <u>sua sponte</u> for lack of prosecution by the plaintiff.

28    ////

Good cause appearing, IT IS HEREBY ORDERED that, no later than fourteen (14) days from the date of this order, plaintiffs shall show cause why this action should not be dismissed for failure to prosecute. Failure to show cause will result in a recommendation that this action be dismissed.

Dated: May 24, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / ac v fairfield.osc